UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADSEN,<br><br>        Plaintiff,<br><br>v.<br><br>DR. KIRAN TOOR,<br><br>        Defendant. | **1:19-cv-0022 AWI JLT (PC)**<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS; AND**<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING**<br><br>**(Doc. 24)** |

Pending in this case are findings and recommendations to grant Defendant Dr. Kiran Toor's motion to dismiss for failure to exhaust administrative remedies prior to filing suit. (Docs. 17, 24.) This recommendation was made upon consideration of a grievance attached to Plaintiff's pleading that Plaintiff claimed served to exhaust his administrative remedies. First Am. Compl. Attach. (Doc. 12 at 13-18). On review, the Court determined that this grievance could not have exhausted Plaintiff's administrative remedies as to his claim against Dr. Toor because its filing predated Dr. Toor's involvement in Plaintiff's medical care by months and because it concerned generalized issues about access to medical care at the institution and not the specific issues concerning Dr. Toor's provision of medical care as alleged in the pleading.

In his objections to the findings and recommendations, for the first time, Plaintiff suggests that he filed a second grievance naming Dr. Toor that was screened out pursuant to California Code of Regulations, title 15, § 3999.227(a), because it was deemed duplicative of his earlier-filed grievance. (See Doc. 27 at 3.) Plaintiff does not submit a copy of this second

1

grievance, and the Court hesitates to consider this argument for the first time at this late stage. Nonetheless, in the interest of justice, the Court will convert Defendant's motion to dismiss into a motion for summary judgment and provide the parties an opportunity to submit additional briefing and evidence.

Accordingly, the Court WITHDRAWS the May 11, 2020, findings and recommendations and CONVERTS Defendant's Motion to Dismiss (Doc. 17) into a Motion for Summary Judgment. Defendant shall file his brief and supporting evidence no later than September 11, 2020. Plaintiff shall have until September 25, 2020, to file an opposition with any supporting evidence. Defendant may submit a reply no later than October 2, 2020.

IT IS SO ORDERED.

Dated: **August 20, 2020**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

2