UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADSEN,<br><br>                  Plaintiff,<br><br>v.<br><br>DR. KIRAN TOOR,<br><br>                  Defendant. | **1:19-cv-0022 AWI JLT (PC)**<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>**(Doc. 33)** |

   Pending now is defendant's second request for extension of time to file a motion for summary judgment. (Doc. 33.) Defendant was previously granted a 60-day extension of time. He now seeks another extension through December 18, 2020. Good cause appearing, Defendant's motion is **GRANTED**. Defendant shall file his opening brief on or before December 18, 2020. Plaintiff shall submit his opposition on or before January 4, 2021. Finally, Defendant shall file his reply on or before January 11, 2021.

IT IS SO ORDERED.

   Dated:   **December 3, 2020**                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

1