**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MADSEN,<br><br>       **Plaintiff,**<br><br>       v.<br><br>DR. KIRAN TOOR,<br><br>       **Defendant.** | CASE NO. 19-cv-00022-AWI-JLT (PC)<br><br>**ORDER ON ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Doc. No. 42) |

Plaintiff Michael Madsen is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On May 7, 2021, the assigned magistrate judge issued findings and recommendations, finding that Plaintiff failed to exhaust administrative remedies and recommending that Defendant's motions for summary judgment be granted. Doc. No. 42. The magistrate judge provided Plaintiff fourteen days to file objections to the findings and recommendations. More than fourteen days have passed, and Plaintiff has not filed objections to the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Defendant has demonstrated that there are no genuine issues of material fact related to exhaustion of administrative remedies, and that he is entitled to judgment as a matter of law on the issue of Plaintiff's failure to exhaust those remedies.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 42) filed on May 7, 2021, are ADOPTED in full;
2. Defendant's motions for summary judgment (Doc. Nos. 17 & 35) are GRANTED; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: June 1, 2021

_____
SENIOR DISTRICT JUDGE